JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Major Communications, Inc. | CASE NUMBER: |
|---|---|
| PLAINTIFF | CV 22-0082-FMO (Ex) |
| v. | |
| Thousand Gear, Inc. et al | **JUDGMENT** |
| DEFENDANT | |

An offer of judgment having been made and accepted pursuant to Federal Rule of Civil Procedure 68, and the offer and notice of acceptance having been filed on December 22, 2022 as docket number  35    (the "Offer of Judgment"), judgment is hereby entered for

Major Communications, Inc.

and against  Thousand Gear, Inc.; Mblazingtech, Inc.; Jackpot Wireless, Inc.; Mack Chen; San Ju Lin and Charlie Chen

according to the terms set forth in the Offer of Judgment.

Date: January 6, 2023

By: /s/ Fernando M. Olguin
United States District Judge